UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

US GOVERMENT,                        )
                                     )
   Plaintiff,                     )
                                     )   No 4:26-CR-00185
v.                                   )
                                     )
LIND                                 )
                                     )
   Defendant.                     )

## ENTRY OF APPEARANCE

COMES NOW, counsel Jonathan Savage hereby enters his appearance,

for the Richard Lind, in the above caption case.

By:         /s/ Jonathan Savage
Jonathan Savage #69446MO
7281 Olive Blvd.
St. Louis, MO  63130
(314) 282.4284 Telephone
(314) 261.5026 Facsimile
EMAIL: savagelawgroupllc@gmail.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on 06/26/2026 the foregoing was filed electronically with the Clerk of the Court and to be served by operation of the Court's electronic filing system upon Counsel of record.

/s/ Jonathan Savage