UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| US GOVERMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No 4:26-CR-00185 |
| v. | ) | |
| | ) | |
| LIND | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S EMERGENCY MOTION TO VISIT SICK GRANDMOTHER**

Comes Now, defendant herein, by and through his attorney, Jonathan Savage, and moves this Court for an ORDER allowing Defendant to travel to Mississippi from July 2nd, 2026, until July 6th, 2026. In support thereof, it is stated:

1. Counsel has verified the stroke of Mr. Lind's grandmother. Further Counsel has verified that Defendant will depart ST on July 2nd and will be staying at 111 Oakridge Dr. Jackson, MS 39212, until his return home on July 6th, 2026.

2. Counsel respectfully requests that defendant be allowed to travel to Mississippi from July 2nd, 2026, until July 6th, 2026.

**WHEREFORE,** it is respectfully requested that Defendant be allowed to travel to Mississippi from July 2nd, 2026, until July 6th, 2026. and for any other relief the court deems necessary and proper under the circumstances.

So Ordered

_____

By:

/s/ Jonathan Savage
Jonathan Savage #69446
7281 Olive Blvd.
St. Louis, MO 63130
(314) 282.4284 Telephone
(314) 261.5026 Facsimile
EMAIL: savagelawgroupllc@gmail.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered to The Office of the United States Attorney on this 06/26/2026 via the Court's E-filing system.

/s/ Jonathan Savage

_____