**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:26-CR-185-MAL-PLC |
| | ) |
| RICHARD LIND, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On June 26, 2026, Defendant filed an Emergency Motion to Travel (ECF No. 17) in which he requested leave to travel to Jackson, Mississippi, from July 2, 2026, until July 6, 2026. After reviewing of the motion and the record, without objection from the United States, and after conferring with Pretrial Services, the undersigned will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Emergency Motion to Travel (ECF No. 17) is **GRANTED** and Defendant may travel to Jackson, Mississippi, for the purpose set out in his motion.

**IT IS FURTHER ORDERED** that, prior to travel, Defendant must notify the United States Pretrial Services Office of his exact itinerary, provide all documentation required by that office, and agree to comply with all other requirements imposed by his Supervising Pretrial Services Officer.

**IT IS FINALLY ORDERED** that, except as specifically modified by this Order, all other conditions previously imposed by the Court remain in full effect.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of June, 2026.