UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:26-CR-00185-MAL |
| v. | ) | |
| | ) | |
| LIND, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

COMES NOW, Defendant, Derek Rockette, by and through counsel Jonathan Savage and request an extension of time to file pretrial motions or a waiver thereof for the following reason(s):

1. The Court ordered Defendant to either file pretrial motions by September 21st 2026;
2. While Counsel, has reviewed most of the discovery, he is still reviewing some of the discovery.
3. After which, counsel will produce discovery to his client and allow him to review.
4. Counsel requests an additional 30 days to review discovery with the Defendant.

WHEREFORE, counsel respectfully request that this Court grant an extension of time to file or waive pretrial motions and any additional orders that the Court deems necessary and proper under the circumstances.

By:

/s/ Jonathan Savage
Jonathan Savage #69446MO
7281 Olive Blvd.
St. Louis, MO 63130
(314) 282.4284 Telephone
(314) 261.5026 Facsimile
EMAIL: savagelawgroupllc@gmail.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered to The Office of the United States Attorney on this 09/20/2026 via the Court's E-filing system.

/s/ Jonathan Savage

________________________________