UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1 4:26-CR-00185-MAL-PLC |
| | ) | |
| RICHARD LIND, | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF ORGANIZATIONAL VICTIMS PURSUANT TO**
**FED. R. CRIM. P. 12.4(a)(2)**

The United States herewith files its Statement of Organizational Victims Pursuant to Fed. R. Crim. P. 12.4(a)(2). Under Rule 12.4 of the Federal Rules of Criminal Procedure, the United States must provide the Court with a statement identifying corporate victims of criminal activity. Fed. R. Crim. P. 12.4(a)(2). The United States must also provide certain ownership information concerning corporate victims to the extent this information is available through due diligence. *Id.* This information is intended to aid the Court in complying with its obligations under the Code for Conduct for United States Judges. *See* Fed. R. Crim. P. 12.4 advisory committee's note.

The United States has used due diligence and identified what it believes are some of the victims potentially affected by the alleged conspiracy. These victims are listed below. The United States believes that this list will allow the Court to make an informed decision of whether it has any "financial interest in the subject matter of the controversy." *Id.* (quoting Code of Judicial Conduct, Canon 3C(1)(c) (1972)).

1. Schnucks Markets, Inc. Ultimate parent company: 1939 Group, Inc. The United States knows of no publicly-held corporation that owns 10% or more of the stock of 1939 Group, Inc.

2. Capstone Logistics, LLC. Capstone Logistics, LLC has no parent company, but H.I.G. Capitol owns a majority share in Capstone Logistics.

3. Valicor Environmental Services is owned by Pritzker Private Capital.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY

*/s/Gwendolyn E. Carroll*

Gwendolyn E. Carroll #4657003NY
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200